138 So. 917

## COMMERCIAL CREDIT CO. v. STATE.
### 4 Div. 580.

Supreme Court of Alabama.
Dec. 17, 1931.

BROWN, J.

This case was submitted without assignment of errors or brief for appellant, in violation of the rules of practice. Rules of Practice 1 and 20.

The judgment is affirmed for want of assignment of errors.

Affirmed.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.

**2**

138 So. 917

## CONTINENTAL INS. CO. OF N. Y. v. Marie B. COOK.
### 3 Div. 967.

Supreme Court of Alabama.
Dec. 17, 1931.

J. Carter Cook, of Atlanta, Ga., and Steiner, Crum & Weil, of Montgomery, for petitioner.

Hill, Hill, Whiting, Thomas & Rives, of Montgomery, opposed.

PER CURIAM.

Petition of the Continental Insurance Company, of New York for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Continental Ins. Co. of N. Y. v. Marie B. Cook, 24 Ala. App. 624, 138 So. 921 (3 Div. 673).

The writ is denied under the authority of Cook v. Continental Ins. Co., 220 Ala. 162, 124 So. 239, 65 A. L. R. 921.

GARDNER, BROWN, FOSTER, and KNIGHT, JJ., concur.

THOMAS and BOULDIN, JJ., dissent.

ANDERSON, C. J., not sitting.

139 So. 906

## W. J. COTTER v. FEDERAL LAND BANK OF N. O.
### 4 Div. 609.

Supreme Court of Alabama.
Jan. 21, 1932.

J. C. Yarbrough, of Enterprise, for appellant.

P. B. Traweek, of Elba, for appellee.

PER CURIAM.

Appeal dismissed.

139 So. 906

## Mary Lou CULVER v. Ira V. DOBBS et al.
### 8 Div. 376.

Supreme Court of Alabama.
Jan. 21, 1932.

PER CURIAM.
Appeal dismissed.

139 So. 906

## DIAMOND T. MOTOR CAR CO. v. Peyton R. BAKER et al.
### 6 Div. 975.

Supreme Court of Alabama.
Jan. 28, 1932.

Chas. H. Brown, of Birmingham, for appellant.

Anderton & Bailes, of Birmingham, for appellees.

PER CURIAM.

Appeal dismissed by appellant.